IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANDREW LEWIS WILSON, | ) |
|     Petitioner/Defendant, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv212-TH |
| UNITED STATES OF AMERICA, | ) ) ) |
|     Respondent/Plaintiff. | ) ) |

**ORDER**

On May 31, 2006, the Magistrate Judge filed a Recommendation in this case. On June 12, 2006, the petitioner filed objections to the Recommendation of the Magistrate Judge.[1] Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge and the petitioner's objections, it is

ORDERED that the petitioner's objections be and are hereby OVERRULED, the Recommendation be and is hereby ADOPTED and the petition for writ of habeas corpus filed by Wilson on March 1, 2006, be and is hereby DISMISSED for lack of jurisdiction, as Wilson has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

Done this 16th day of June, 2006.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES MAGISTRATE JUDGE

---

[1] Although Wilson's motion is date stamped "received" on June 15, 2006, under the "mailbox rule," the court deems it filed on the date he delivered it to prison authorities for mailing, presumptively, June 12, 2006, the day that he signed it. *See Houston v. Lack*, 487 U.S. 266, 271-72 (1988); *Washington v. United States*, 243 F.3d 1299, 1301 (11th Cir. 2001).