IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ANDREW LEWIS WILSON,                )
                                    )
        Petitioner,                 )
                                    )
vs.                                 )  Case No. 3:06cv212-TH
                                    )
UNITED STATES OF AMERICA,           )
                                    )
        Respondent.                 )
                                    )
_____     )  NOTICE OF APPEAL

        Petitioner, Andrew Lewis Wilson, hereby takes and enters
this appeal to the Eleventh Circuit Court of Appeals, to review
the order of the United States District Court for the Middle District
of Alabama, dated, June 16, 2006, and denying Petitioner's Habeas
Petition filed pursuant to 28 U.S.C. §2241.  All parties take
notice of the entry of this appeal.

                    CERTIFICATE OF SERVICE

        I HEREBY CERTIFY, that a true and correct copy of the foregoing
has been furnished by U.S. Mail, postage pre-paid and sufficient
thereon to cause delivery this 5th day of June, 2006 to the Office
of the U.S. Attorney for the Middle District of Alabama, P.O. BOX 897
Montgomery, Alabama 36101.

                                    ANDREW LEWIS WILSON
                                    REG# 09385-002
                                    PMB 1000 SIGMA A
                                    TALLADEGA, ALABAMA 35160

## All Transactions

🖶 PRINT

| Inmate Reg #: | 09385002 | Current Institution: | Talladega FCI |
|---|---|---|---|
| Inmate Name: | WILSON, ANDREW | Housing Unit: | UNIT S |
| Report Date: | 07/03/2006 | Living Quarters: | S02-011L |
| Report Time: | 9:08:41 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/27/2006 5:21:07 PM | AMService | Phone Withdrawal | ($25.00) | ITS0627 | | $5.35 |
| 6/26/2006 5:12:23 AM | AMSERVICE | Lockbox - CD | $30.00 | 70160603 | | $30.35 |
| 6/23/2006 8:40:29 PM | AMService | Phone Withdrawal | ($5.00) | ITS0623 | | $0.35 |
| 6/9/2006 5:00:38 PM | AMService | Phone Withdrawal | ($30.00) | ITS0609 | | $5.35 |
| 6/9/2006 10:24:41 AM | AMSERVICE | Lockbox - CD | $35.00 | 70159501 | | $35.35 |
| 6/7/2006 5:37:59 PM | AMService | Phone Withdrawal | ($6.00) | ITS0607 | | $0.35 |
| 6/7/2006 1:08:27 PM | TDG3615 | Payroll - IPP | $5.25 | FIPP0506 | | $6.35 |
| 6/1/2006 12:06:28 PM | TDG7225 | Sales | ($3.10) | 28 | | $1.10 |
| 5/30/2006 12:21:46 PM | TDG9681 | Sales | ($3.10) | 36 | | $4.20 |
| 5/28/2006 9:37:15 PM | AMService | Phone Withdrawal | ($30.00) | ITS0528 | | $7.30 |
| 5/27/2006 5:21:18 AM | AMSERVICE | Lockbox - CD | $25.00 | 70158701 | | $37.30 |
| 5/17/2006 3:14:47 PM | TDG6952 | Inmate Co-pay | ($2.00) | FICP0506 | | $12.30 |
| 5/7/2006 11:04:28 AM | AMService | Phone Withdrawal | ($30.00) | ITS0507 | | $14.30 |
| 5/5/2006 7:53:31 AM | TDG0711 | Payroll - IPP | $13.20 | FIPP0406 | | $44.30 |
| 5/5/2006 5:24:13 AM | AMSERVICE | Lockbox - CD | $25.00 | 70157101 | | $31.10 |
| 5/4/2006 12:20:51 PM | TDG7225 | Sales | ($3.10) | 66 | | $6.10 |
| 4/20/2006 8:09:36 PM | AMService | Phone Withdrawal | ($30.00) | ITS0420 | | $9.20 |
| 4/20/2006 11:52:07 AM | TDG9681 | Sales | ($3.10) | 17 | | $39.20 |
| 4/13/2006 12:14:44 PM | TDG0245 | Sales | ($3.10) | 130 | | $42.30 |
| 4/7/2006 8:29:17 AM | TDG3615 | Payroll - IPP | $15.36 | FIPP0306 | | $45.40 |
| 4/5/2006 5:11:42 AM | AMSERVICE | Lockbox - CD | $30.00 | 70154901 | | $30.04 |
| 4/1/2006 11:25:10 AM | AMService | Phone Withdrawal | ($31.00) | ITS0401 | | $0.04 |
| 3/30/2006 12:11:06 PM | TDG7529 | Sales | ($3.10) | 50 | | $31.04 |
| 3/27/2006 5:02:32 AM | AMSERVICE | Lockbox - CD | $30.00 | 70154203 | | $34.14 |
| 3/17/2006 7:25:59 PM | AMService | Phone Withdrawal | ($12.00) | ITS0317 | | $4.14 |
| 3/7/2006 1:29:24 PM | TDG3615 | Payroll - IPP | $15.36 | FIPP0206 | | $16.14 |
| 3/6/2006 8:20:41 PM | AMService | Phone Withdrawal | ($60.00) | ITS0306 | | $0.78 |
| 3/6/2006 5:41:06 AM | AMSERVICE | Lockbox - CD | $60.00 | 70152703 | | $60.78 |
| 3/1/2006 4:53:59 PM | AMService | Phone Withdrawal | ($40.00) | ITS0301 | | $0.78 |
| 3/1/2006 12:11:07 PM | AMSERVICE | Western Union | $40.00 | 33310906 | | $40.78 |
| 2/16/2006 4:58:34 PM | AMService | Phone Withdrawal | ($15.00) | ITS0216 | | $0.78 |
| 2/7/2006 8:26:59 AM | TDG3615 | Payroll - IPP | $15.36 | FIPP0106 | | $15.78 |
| 1/27/2006 6:35:40 PM | AMService | Phone Withdrawal | ($50.00) | ITS0127 | | $0.42 |
| 1/27/2006 5:09:17 AM | AMSERVICE | Lockbox - CD | $50.00 | 70150201 | | $50.42 |
| 1/17/2006 6:36:14 PM | AMService | Phone Withdrawal | ($10.00) | ITS0117 | | $0.42 |
| 1/6/2006 11:14:08 AM | TDG3615 | Payroll - IPP | $10.08 | FIPP1205 | | $10.42 |
| 12/31/2005 7:35:41 AM | AMService | Phone Withdrawal | ($60.00) | ITS1231 | | $0.34 |
| 12/31/2005 5:28:49 AM | AMSERVICE | Lockbox - CD | $60.00 | 70148501 | | $60.34 |
| 12/27/2005 8:13:31 PM | AMService | Phone Withdrawal | ($6.00) | ITS1227 | | $0.34 |
| 12/9/2005 3:44:10 PM | TDG6952 | Inmate Co-pay | ($2.00) | FICP1205 | | $6.34 |
| 12/7/2005 9:14:16 AM | TDG0711 | Payroll - IPP | $8.04 | FIPP1105 | | $8.34 |
| 11/27/2005 8:06:50 PM | AMService | Phone Withdrawal | ($30.00) | ITS1127 | | $0.30 |
| 11/24/2005 11:44:40 AM | AMService | Phone Withdrawal | ($70.00) | ITS1124 | | $30.30 |
| 11/22/2005 5:46:59 AM | AMSERVICE | Lockbox - CD | $100.00 | 70145801 | | $100.30 |
| 11/10/2005 8:50:50 PM | AMService | Phone Withdrawal | ($23.00) | ITS1110 | | $0.30 |
| 11/10/2005 5:23:42 AM | AMSERVICE | Lockbox - CD | $23.00 | 70145101 | | $23.30 |
| 11/7/2005 7:37:19 PM | AMService | Phone Withdrawal | ($7.00) | ITS1107 | | $0.30 |
| 11/7/2005 2:17:57 PM | TDG3615 | Payroll - IPP | $7.20 | FIPP1005 | | $7.30 |
| 10/23/2005 3:40:00 PM | AMService | Phone Withdrawal | ($60.00) | ITS1023 | | $0.10 |
| 10/23/2005 5:18:59 AM | AMSERVICE | Lockbox - CD | $60.00 | 70143802 | | $60.10 |

1 2

## All Transactions

 PRINT

| | | |
|---|---|---|
| Inmate Reg #: | 09385002 | Current Institution: Talladega FCI |
| Inmate Name: | WILSON, ANDREW | Housing Unit: UNIT S |
| Report Date: | 07/03/2006 | Living Quarters: S02-011L |
| Report Time: | 9:08:41 AM | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 6/27/2006 5:21:07 PM | AMService | Phone Withdrawal | ($25.00) | ITS0627 | | $5.35 |
| 6/26/2006 5:12:23 AM | AMSERVICE | Lockbox - CD | $30.00 | 70160603 | | $30.35 |
| 6/23/2006 8:40:29 PM | AMService | Phone Withdrawal | ($5.00) | ITS0623 | | $0.35 |
| 6/9/2006 5:00:38 PM | AMService | Phone Withdrawal | ($30.00) | ITS0609 | | $5.35 |
| 6/9/2006 10:24:41 AM | AMSERVICE | Lockbox - CD | $35.00 | 70159501 | | $35.35 |
| 6/7/2006 5:37:59 PM | AMService | Phone Withdrawal | ($6.00) | ITS0607 | | $0.35 |
| 6/7/2006 1:08:27 PM | TDG3615 | Payroll - IPP | $5.25 | FIPP0506 | | $6.35 |
| 6/1/2006 12:06:28 PM | TDG7225 | Sales | ($3.10) | 28 | | $1.10 |
| 5/30/2006 12:21:46 PM | TDG9681 | Sales | ($3.10) | 36 | | $4.20 |
| 5/28/2006 9:37:15 PM | AMService | Phone Withdrawal | ($30.00) | ITS0528 | | $7.30 |
| 5/27/2006 5:21:18 AM | AMSERVICE | Lockbox - CD | $25.00 | 70158701 | | $37.30 |
| 5/17/2006 3:14:47 PM | TDG6952 | Inmate Co-pay | ($2.00) | FICP0506 | | $12.30 |
| 5/7/2006 11:04:28 AM | AMService | Phone Withdrawal | ($30.00) | ITS0507 | | $14.30 |
| 5/5/2006 7:53:31 AM | TDG0711 | Payroll - IPP | $13.20 | FIPP0406 | | $44.30 |
| 5/5/2006 5:24:13 AM | AMSERVICE | Lockbox - CD | $25.00 | 70157101 | | $31.10 |
| 5/4/2006 12:20:51 PM | TDG7225 | Sales | ($3.10) | 66 | | $6.10 |
| 4/20/2006 8:09:36 PM | AMService | Phone Withdrawal | ($30.00) | ITS0420 | | $9.20 |
| 4/20/2006 11:52:07 AM | TDG9681 | Sales | ($3.10) | 17 | | $39.20 |
| 4/13/2006 12:14:44 PM | TDG0245 | Sales | ($3.10) | 130 | | $42.30 |
| 4/7/2006 8:29:17 AM | TDG3615 | Payroll - IPP | $15.36 | FIPP0306 | | $45.40 |
| 4/5/2006 5:11:42 AM | AMSERVICE | Lockbox - CD | $30.00 | 70154901 | | $30.04 |
| 4/1/2006 11:25:10 AM | AMService | Phone Withdrawal | ($31.00) | ITS0401 | | $0.04 |
| 3/30/2006 12:11:06 PM | TDG7529 | Sales | ($3.10) | 50 | | $31.04 |
| 3/27/2006 5:02:32 AM | AMSERVICE | Lockbox - CD | $30.00 | 70154203 | | $34.14 |
| 3/17/2006 7:25:59 PM | AMService | Phone Withdrawal | ($12.00) | ITS0317 | | $4.14 |
| 3/7/2006 1:29:24 PM | TDG3615 | Payroll - IPP | $15.36 | FIPP0206 | | $16.14 |
| 3/6/2006 8:20:41 PM | AMService | Phone Withdrawal | ($60.00) | ITS0306 | | $0.78 |
| 3/6/2006 5:41:06 AM | AMSERVICE | Lockbox - CD | $60.00 | 70152703 | | $60.78 |
| 3/1/2006 4:53:59 PM | AMService | Phone Withdrawal | ($40.00) | ITS0301 | | $0.78 |
| 3/1/2006 12:11:07 PM | AMSERVICE | Western Union | $40.00 | 33310906 | | $40.78 |
| 2/16/2006 4:58:34 PM | AMService | Phone Withdrawal | ($15.00) | ITS0216 | | $0.78 |
| 2/7/2006 8:26:59 AM | TDG3615 | Payroll - IPP | $15.36 | FIPP0106 | | $15.78 |
| 1/27/2006 6:35:40 PM | AMService | Phone Withdrawal | ($50.00) | ITS0127 | | $0.42 |
| 1/27/2006 5:09:17 AM | AMSERVICE | Lockbox - CD | $50.00 | 70150201 | | $50.42 |
| 1/17/2006 6:36:14 PM | AMService | Phone Withdrawal | ($10.00) | ITS0117 | | $0.42 |
| 1/6/2006 11:14:08 AM | TDG3615 | Payroll - IPP | $10.08 | FIPP1205 | | $10.42 |
| 12/31/2005 7:35:41 AM | AMService | Phone Withdrawal | ($60.00) | ITS1231 | | $0.34 |
| 12/31/2005 5:28:49 AM | AMSERVICE | Lockbox - CD | $60.00 | 70148501 | | $60.34 |
| 12/27/2005 8:13:31 PM | AMService | Phone Withdrawal | ($6.00) | ITS1227 | | $0.34 |
| 12/9/2005 3:44:10 PM | TDG6952 | Inmate Co-pay | ($2.00) | FICP1205 | | $6.34 |
| 12/7/2005 9:14:16 AM | TDG0711 | Payroll - IPP | $8.04 | FIPP1105 | | $8.34 |
| 11/27/2005 8:06:50 PM | AMService | Phone Withdrawal | ($30.00) | ITS1127 | | $0.30 |
| 11/24/2005 11:44:40 AM | AMService | Phone Withdrawal | ($70.00) | ITS1124 | | $30.30 |
| 11/22/2005 5:46:59 AM | AMSERVICE | Lockbox - CD | $100.00 | 70145801 | | $100.30 |
| 11/10/2005 8:50:50 PM | AMService | Phone Withdrawal | ($23.00) | ITS1110 | | $0.30 |
| 11/10/2005 5:23:42 AM | AMSERVICE | Lockbox - CD | $23.00 | 70145101 | | $23.30 |
| 11/7/2005 7:37:19 PM | TDG3615 | Payroll - IPP | $7.20 | FIPP1005 | | $0.30 |
| 11/7/2005 2:17:57 PM | AMService | Phone Withdrawal | ($7.00) | ITS1107 | | $7.30 |
| 10/23/2005 3:40:00 PM | AMService | Phone Withdrawal | ($60.00) | ITS1023 | | $0.10 |
| 10/23/2005 5:18:59 AM | AMSERVICE | Lockbox - CD | $60.00 | 70143802 | | $60.10 |

1 2