IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

RECEIVED
2006 NOV 20 P 4 27
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 17 2006
THOMAS K. KAHN
CLERK

No. 06-13857-I

ANDREW LEWIS WILSON,

Petitioner-Appellant,

versus

UNITED STATES OF AMERICA,

Respondent-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

Appellant filed a 28 U.S.C. § 2241 petition for habeas corpus, which the district court construed as a motion to vacate pursuant to 28 U.S.C. § 2255. To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). Appellant's claims that his sentence violated United States v. Booker, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), do not meet the "savings clause" in 28 U.S.C. § 2255. Varela v. United States, 400 F.3d 864

(11th Cir.), cert.denied 126 S. Ct. 312 (2005); Wofford v. Scott, 177 F.3d 1236, 1244 (11th Cir. 1999). As a result, appellant's only avenue for relief was § 2255. However, because any § 2255 motion to vacate filed by the appellant would be successive, the district court lacked jurisdiction to consider appellant's claim under 28 U.S.C. § 2255. 28 U.S.C. §§ 2244(b)(3), 2255. Accordingly, Appellant's motion for a certificate of appealability is DENIED.

Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

_____
UNITED STATES CIRCUIT JUDGE

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
Deputy Clerk
Atlanta, Georgia